13 September A.D. 2017

TO: Clerk of Court
U.S. District Court, Colorado
901 19th Street
Denver, Colorado 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 15 2017

JEFFREY P. COLWELL
CLERK

From: Stephen-john: Nally et al.
c/o Postal Service Address
3455 Wyandot Street
Denver, Colorado [80211]

Please file and record our claim; mail us a copy stamped
filed with date and time and initialed by Dep. Clk.;
and mail a copy to each of the defendants.

Whereas we have the Right to file a Claim and the Right
to Due Process of Law secured by the Fifth Amendment
to the Constitution for the United States of America
and;

Whereas the precedent for "Free Access ... to its
Judicial Tribunals" has been set and never over-
turned, Crandall v State of Nevada, 73 U.S. 35 (1867) and;

Whereas the precedent set in Crandall v State of
Nevada is supported by Miranda v Arizona, 384 U.S. 436,
491; Sherar v. Cullen, 481 F 945, 946 (1973); Murdock
v Pennsylvania, 319 U.S. 105, at 113; and Hale v
Henkel, 201 U.S. 43 and;                              1 of 2

WHEREAS THE Colorado Constitution, Article II,
Clause 6 SAYS "Courts of Justice SHALL BE OPEN
TO EVERY PERSON, PROPERTY OR CHARACTER; AND
JUSTICE SHOULD BE ADMINISTERED WITHOUT SALE,
DENIAL OR DELAY, AND;

WHEREAS "WE THE PEOPLE ARE THE SOVEREIGNS, THE
STATE AND FEDERAL OFFICIALS ONLY OUR AGENTS,"
COOPER V AARON, 358 U.S. 1, 78 S.CT. 1401 (1958),
I HEREBY INSTRUCT THE CLERK TO FILE THIS CLAIM
WITHOUT ITS ADVERTISED SCHEDULE OF FEES.

VERY TRULY YOURS

Stephen-john:nally
Stephen-john:Nally
SUI JURIS

"ALL LAWS, RULES AND PRACTICES WHICH ARE REPUGNANT
TO THE CONSTITUTION ARE NULL AND VOID."
MARBURY V MADISON, 5TH US (2 CRANCH) 137, 180