

**Other Orders/Judgments**
1:17-cv-02239-GPG Nalty et al v.
ACDF Inc. et al

JD1,PS7

## U.S. District Court

### District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 9/19/2017 at 12:35 PM MDT and filed on 9/19/2017
**Case Name:** Nalty et al v. ACDF Inc. et al
**Case Number:** 1:17-cv-02239-GPG
**Filer:**
**Document Number:** 4

**Docket Text:**
**ORDER OF RECUSAL, by Magistrate Judge Gordon P. Gallagher on 09/19/2017. This case is reassigned to Magistrate Judge Craig B. Shaffer for all further proceedings. All future pleadings should be designated as 17-cv-2239-CBS (angar, )**

**1:17-cv-02239-GPG Notice has been electronically mailed to:**

**1:17-cv-02239-GPG Notice has been mailed by the filer to:**

Elijah Brown
Adams County Detention Facility (ACDF)
150 North 19th Avenue
Brighton, CO 80601

Juvenal Alvarado
Adams County Detention Facility (ACDF)
150 North 19th Avenue
Brighton, CO 80601

Robert Taylor
Adams County Detention Facility (ACDF)
150 North 19th Avenue
Brighton, CO 80601

Robert Turk
Adams County Detention Facility (ACDF)
150 North 19th Avenue
Brighton, CO 80601

Ruben Kinder

Adams County Detention Facility (ACDF)
150 North 19th Avenue
Brighton, CO 80601

Stephen John Nalty
#201700005521
Adams County Detention Facility (ACDF)
150 North 19th Avenue
Brighton, CO 80601

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=9/19/2017] [FileNumber=6165898-0
] [789ca0e172242f5dbb764bcf88054898e728d8c1ef7a117cd6fe6d6f54d3ae1bc78
f9e9990fb2ddb2367ae4f8a4e07557d78a9d8886e3860014c60099844f1d1]]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02239-GPG

STEPHEN JOHN NALTY, aka STEPHEN-JOHN:NALTY,
ROBERT TAYLOR,
ROBERT TURK,
JUVENAL ALVARADO,
RUBEN KINDER, and
ELIJAH BROWN,

    Plaintiffs,

v.

ACDF, INC., and
J. D. MARSHALL

    Defendants.

---

### ORDER OF RECUSAL

---

Section 455(a), 28 U.S.C., requires that a judge disqualify or recuse himself where "his impartiality might reasonably be questioned." The provision is self-enforcing on the part of the judge. *United States v. Gigax*, 605 F.2d 507, 511 (10th Cir. 1979). "In determining whether a judge should recuse under § 455(a), the issue is not whether the judge is impartial in fact, but rather, whether a reasonable man might question his impartiality under all circumstances." *Id.*; *Webbe v. McGhie Land Title Co.*, 549 F.2d 1358, 1361 (10th Cir. 1977).

I am a named Defendant in *Stephen John Nalty, aka Stephen-John:Nalty, v. Marcia Smith Krieger, et al.,* Case No. 17-cv-2205-CBS, filed and currently pending

1

before the court by the same Plaintiff who is a party in this matter. Therefore, I conclude that I should recuse myself from further service in this case. Accordingly,

IT IS ORDERED that I hereby recuse from any further service in this matter. It is FURTHER ORDERED that the Clerk of the Court shall cause this case to be reassigned to another magistrate judge for review pursuant to D.C.COLO.LCivR 8.1(b).

DATED September 19, 2017, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge