IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 17-cv-02239-KLM

STEPHEN JOHN NALTY, aka STEPHEN-JOHN:NALTY,
ROBERT TAYLOR,
ROBERT TURK,
JUVENAL ALVARADO,
RUBEN KINDER, and
ELIJAH BROWN,

      Plaintiffs,

v.

ACDF, INC., and
J. D. MARSHALL,

      Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiffs Stephen John Nalty, aka Stephen-John:Nalty, Robert Taylor, Robert Turk, Juvenal Alvarado, Ruben Kinder, and Elijah Brown initiated this action on September 15, 2017, by filing *pro se* a 19-page document entitled "Claim for Trespass" alleging violations of their constitutional rights concerning access to the law kiosk and the telephones at the Adams County Detention Facility on September 11, 2017.   Docket No. 1.   The Clerk of the Court opened a civil rights action under 42 U.S.C. § 1983.   At the time of filing this matter, the plaintiffs were inmates at the Adams County Detention Facility in Brighton, Colorado.

In a September 19, 2017 Order, Magistrate Judge Craig B. Shaffer directed the plaintiffs to cure filing deficiencies.   Docket No. 5.   Plaintiffs were ordered to file, within

30 days of the September 19, 2017 Order, a Prisoner Complaint, on the court-approved form, and to either pay the $400.00 filing fee or to each file properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. *Id.* Plaintiffs were instructed that, with the assistance of their case manager or the facility's legal assistant, they could obtain copies of the required court-approved forms at www.cod.uscourts.gov. *Id.* Magistrate Judge Shaffer warned plaintiffs that failure to comply with the September 19, 2017 Order by the deadline would result in dismissal of this action without further notice. *Id.*

To date, the filing fee in this matter has not been paid and no motion or application to proceed in this Court without prepayment of fees or costs pursuant to 28 U.S.C. § 1915 has been filed by any of the plaintiffs. Pursuant to D.C.COLO.LCivR 5.1(c), plaintiffs must use the current court-approved forms for this District in the filing of pleadings and they have not done so. Therefore, plaintiffs have failed to comply with the September 14, 2017 Order and have not requested an extension of time to do so. Therefore, this action will be dismissed without prejudice. Accordingly, it is

ORDERED that this action is DISMISSED without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of plaintiffs to comply with the September 19, 2017 Order Directing Plaintiffs to Cure Deficiencies. It is further

ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If plaintiffs file a notice of appeal, they must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court

of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Dated November 13, 2017.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge